

The following constitutes
the order of the court. Signed June 18, 2012

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re                                                  No. 11-46933 WJL
                                                       Chapter 7
Anthony Page Cameron,
Susan Maria Cameron,

        Debtors.
_____/

Minot, LLC,                                            A.P. No. 11-4299

        Plaintiff,

   vs.

Anthony Page Cameron,
Susan Maria Cameron,

        Defendants.
_____/

**MEMORANDUM RE: HEARING ON MOTION FOR SUMMARY JUDGMENT**

On July 20, 2012, a hearing will take place regarding the Plaintiff's Motion for Summary Judgment (the "Motion"). The Court provides this memorandum to make Plaintiff's counsel aware of a possible deficiency with respect to notice and to apprise Plaintiff's counsel of an issue of particular concern to the Court.

First, no proof of service has been filed with respect to the Notice and Motion (and other supporting documents). Assuming the

Defendants were served, a proof of service should be provided prior to the hearing on the Motion.

Second, the Motion seeks to impute the alleged fraud of Anthony Page Cameron to Susan Maria Cameron based in part on the reasoning found in <u>Tsurukawa v. Nikon Precision, Inc. (In re Tsurukawa)</u>, 287 B.R. 515, 521 (B.A.P 9th Cir. 2002). The Court requests that Plaintiff's counsel be prepared to discuss <u>Tsurukawa</u> and the particular facts of this case that form the basis for imputation of fraud upon Susan Maria Cameron.

**\*\*END OF DOCUMENT\*\***

```
                        COURT SERVICE LIST

Anthony Page Cameron
Susan Maria Cameron
4711 Amanda Pl.
Pleasanton, CA 94566
```

3