Entered on Docket
June 27, 2012
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes
the order of the court. Signed June 27, 2012

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

```
In re                                     No. 11-46933 WJL
                                          Chapter 7
Anthony Page Cameron,
Susan Maria Cameron,

          Debtors.
_____/

Minot, LLC,                               A.P. No. 11-4299

          Plaintiff,

     vs.

Anthony Page Cameron,
Susan Maria Cameron,

          Defendants.
_____/
```

**MEMORANDUM FOLLOWING HEARING ON MOTION FOR SUMMARY JUDGMENT**

On June 20, 2012, the Court held a hearing in the above-captioned adversary proceeding regarding Plaintiff's Motion for Summary Judgment (the "Motion"). Cheryl Rouse appeared on behalf of the Plaintiff. The Defendants did not appear at the time this matter was called; however, Plaintiff's counsel informed the Court that Defendant Anthony Page Cameron was present in the courtroom at the start of the calendar.

Based on the evidence presented, and the Defendants failure to appear or otherwise oppose the motion, the Court found that Plaintiff made a sufficient showing to grant summary judgment under 11 U.S.C. § 523(a)(2)(A) and instructed counsel to submit a proposed form of order granting the Motion and a proposed judgment. Notwithstanding the foregoing, the Court was uncertain how to interpret Mr. Cameron's presence in the courtroom, but subsequent failure to appear when the matter was called. The Court indicated that it would issue a memorandum in regards to the Defendants' "non-appearance."

After due consideration, the Court will lodge the proposed order granting summary judgment and proposed judgment for a period of fourteen (14) days to allow the Defendants to file any opposition they may have to the motion for summary judgment. If the Defendants fail to file any opposition within fourteen (14) days of date of this memorandum, the Court will enter the order granting summary judgment and judgment without further notice or a hearing.

**\*\*END OF DOCUMENT\*\***

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | Anthony Page Cameron |
|   | Susan Maria Cameron |
| 3 | 4711 Amanda Pl. |
|   | Pleasanton, CA 94566 |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |